```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 41625
   LEQUITA NEELY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9832


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 01/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
MORTGAGE CLEARING CORP    MORTGAGE ARRE   10092.75           .00         10092.75
MORTGAGE CLEARING CORP    CURRENT MORTG        .00           .00              .00
MORTGAGE CLEARING CORP    CURRENT MORTG        .00           .00              .00
DRIVE FINANCIAL SERVICES  SECURED              .00           .00              .00
DRIVE                     NOTICE ONLY    NOT FILED           .00              .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED           .00              .00
SHERMAN ACQUISITION       NOTICE ONLY    NOT FILED           .00              .00
CREDITORS INTERCHANGE     UNSECURED      NOT FILED           .00              .00
SEARS                     NOTICE ONLY    NOT FILED           .00              .00
UNITED STUDENT AID FUNDS  UNSECURED        2472.65           .00           2472.65
VAN RU CREDIT FOR DISCOV  UNSECURED      NOT FILED           .00              .00
VAN RU CREDIT CORP        NOTICE ONLY    NOT FILED           .00              .00
KCA FINANCIAL SERVICES    UNSECURED      NOT FILED           .00              .00
NCM TRUST                 UNSECURED        1821.08           .00           1821.08
GOTTLIEB MEMORIAL HOSPIT  UNSECURED         553.90           .00            553.90
GOTTLIEB MEMORIAL HOSPIT  NOTICE ONLY    NOT FILED           .00              .00
MIDWEST COMMERCIAL MEDIC  UNSECURED        1505.40           .00           1505.40
MIDWEST COMMERCIAL        NOTICE ONLY    NOT FILED           .00              .00
ADT SECURITY              UNSECURED      NOT FILED           .00              .00
ADT SECURITY SYSTEMS      NOTICE ONLY    NOT FILED           .00              .00
AVA WOMENS HEALTH         UNSECURED      NOT FILED           .00              .00
NICOR GAS                 UNSECURED        3994.59           .00           3994.59
AMERICAN GENERAL FINANCE  UNSECURED      NOT FILED           .00              .00
SECRETARY OF HOUSING & U  SECURED NOT I  10434.60            .00              .00
VILLAGE OF MAYWOOD        SECURED NOT I    493.75            .00              .00
GOTTLIEB MEMORIAL HOSPIT  UNSECURED         565.63           .00            565.63
EMERGE MASTERCARD         UNSECURED        3934.14           .00           3934.14
GOTTLIEB MEMORIAL HOSPIT  UNSECURED         148.29           .00            148.29
MORTGAGE CLEARING CORP    SECURED NOT I       .00            .00              .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY     1,950.00                        1,950.00
TOM VAUGHN                TRUSTEE                                         1,711.74
DEBTOR REFUND             REFUND                                          1,249.83


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41625 LEQUITA NEELY
```

```
       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE               30,000.00

PRIORITY                                         .00
SECURED                                    10,092.75
UNSECURED                                  14,995.68
ADMINISTRATIVE                              1,950.00
TRUSTEE COMPENSATION                        1,711.74
DEBTOR REFUND                               1,249.83
                    ---------------      ---------------
TOTALS                30,000.00            30,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 08/27/08              /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 41625 LEQUITA NEELY